# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH REAGAN CARTER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CALIFORNIA HEALTH CARE SERVICES, et al.,<br><br>　　　　　Defendants. | 1:17-cv-01374-GSA-PC<br><br>ORDER STRIKING FILED DISCOVERY DOCUMENT<br>(ECF No. 9.) |

  Keith Reagan Carter ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on October 12, 2017. (ECF No. 1.) On November 27, 2017, Plaintiff filed a motion for production of records or documents. (ECF No. 9.)

  Plaintiff's motion must be stricken from the record because pursuant to Local Rules, discovery documents including interrogatories, requests for production of documents, requests for admission, responses, and proofs of service, "shall not be filed unless and until there is a proceeding in which the document or proof of service is at issue." L.R. 250.2(c), 250.3(c), 250.4(c). Moreover, it is not time for discovery in this case as discovery has not yet been opened. The court will issue a scheduling order opening discovery after the Complaint has been served and one or more of the defendants has filed an Answer to the Complaint. At this

1

stage of the proceedings, Plaintiff's Complaint awaits the court's requisite screening process. Service of process shall not be initiated until the court has screened the Complaint and finds that Plaintiff states cognizable claims. Therefore, it is not time for discovery in this action.

Plaintiff is advised that after discovery has been opened, he should send discovery documents to the Defendants, not to the court. Fed. R. Civ. P. 33, 34, 36.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for production of records or documents, filed on November 27, 2017, is STRICKEN from the record.[1]

IT IS SO ORDERED.

Dated: **January 19, 2018**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

---

[1] A document which is "stricken" will not be considered by the Court for any purpose. (Informational Order, ECF No. 3 at 2 ¶II.A.)