# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH REAGAN CARTER,<br><br>       Plaintiff,<br><br>       v.<br><br>CALIFORNIA HEALTH CARE<br>SERVICES, et al.,<br><br>       Defendants. | 1:17-cv-01374-DAD-GSA-PC<br><br>**COURT'S RESPONSE AFFIRMING PLAINTIFF IS PROCEEDING IN PROPRIA PERSONA IN THIS CASE**<br>**(ECF No. 30.)** |

Keith Reagan Carter ("Plaintiff") is a prisoner proceeding *in propria persona* with this civil rights action pursuant to 42 U.S.C. § 1983.

On October 10, 2019, Plaintiff filed a motion for an order granting him *in propria persona* status in this case. Plaintiff is currently incarcerated at the Los Angeles County Jail and asserts that he is not permitted to use the law library unless he is proceeding with a case *in propria persona*. Plaintiff requests the court to issue an order and notify the Los Angeles County Jail of his *in propria persona* status.

As noted above, Plaintiff is proceeding *in propria persona* with this civil rights action. Plaintiff can use this order to notify officials at the Los Angeles County Jail of his *in propria persona* status in this case.

Based on the foregoing, Plaintiff's motion filed on October 10, 2019, is HEREBY RESOLVED.

IT IS SO ORDERED.

Dated:   **October 17, 2019**                    **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE